UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JEFFREY D. PARNASS,          :

                Plaintiff,          :

          v.          :          **ORDER**

BRITISH AIRWAYS PLC,          :          19-CV-4555 (PAE) (KNF)

                Defendant.          :
-------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      By a letter, dated February 21, 2020, the defendant seeks "an in-person pre-motion discovery conference" to request: (1) "an order compelling Plaintiff Jeffrey Parnass to appear for a physical examination," pursuant to Fed. R. Civ. P. 35; (2) "that the Court authorize an individual from the office of defense counsel to appear at the [independent medical examination]"; and (3) "that the Court order Mr. Parnass to provide documentary support for his claims for out-of-pocket expenses," as requested in the defendant's January 30, 2020 letter to the plaintiff, to which the plaintiff "has not responded." (Docket Entry No. 16).

      Concerning the defendant's January 30, 2020 request to the plaintiff for "documentary support for his claims for out-of-pocket expenses," the parties shall meet and confer in good faith and in a meaningful way to attempt to resolve the issue without the Court's assistance. If the meet-and-confer in connection with the defendant's January 30, 2020 request does not result in a resolution of the dispute, the parties shall file a joint letter, no longer than two pages, identifying each party's proposed solution to the dispute and the reason(s) for rejecting any proposed solution, supported by legal authority.

1

Any future discovery dispute between the parties must be raised with the Court in a joint letter, no longer than four pages including any exhibits, commencing with a short and concise paragraph that identifies each party's proposal to resolve the dispute and the reason(s) for rejecting any proposal, supported by legal authority. The parties are cautioned that any pre-motion letter requesting a conference concerning a discovery dispute in the future that does not comply with the above requirements will be denied automatically.

The defendant's request for a pre-motion conference, Docket Entry No. 16, is denied. On or before March 6, 2020, the defendant shall make a motion in accordance with Fed. R. Civ. P. 35 and Local Civil Rule 7.1 of this court. On or before March 13, 2020, the plaintiff shall respond to the motion. On or before March 16, 2020, a reply may be filed.

Dated: New York, New York
February 28, 2020

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE