UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JEFFREY D. PARNASS,

                           Plaintiff,

                 v.

BRITISH AIRWAYS PLC,

                     Defendant.
------------------------------------------------------X

**ORDER**

19-CV-4555 (PAE) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The plaintiff requested "a 90-day extension of time" to complete discovery, Docket Entry No. 15, to which the defendant "does not object," Docket Entry No. 16. It is ORDERED that:

1. all discovery, of whatever nature, be initiated so as to be completed on or before June 8, 2020;

2. any dispositive motion be served and filed on or before July 8, 2020;

3. the response and reply to any such motion be served and filed in accordance with Local Civil Rule 6.1 of this court; and

4. if no dispositive motion is made, the parties submit, on or before July 8, 2020, their joint pretrial order that must conform to the requirements found in the Individual Rules of Practice of the assigned district judge.

Dated: New York, New York
         March 4, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE