UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEFFREY D. PARNASS,                                              :
                                                                 :
            Plaintiff,                                        :   **ORDER**
                                                                 :
  -against-                                                     :   19- CV-4555 (MKV) (KNF)
                                                                 :
BRITISH AIRWAYS PLC,                                             :
                                                                 :
           Defendant.                                        :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on July 16, 2020, at 4:30 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

      The Court encourages any *pro se* party who is not currently incarcerated to consent to receive service of any documents filed in this case electronically through the Court's Electronic Case Filing System. Doing so will allow the *pro se* party to file documents electronically on ECF instead of having to mail any filings to the Pro Se Office.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated:  New York, New York
         July 13, 2020                              SO ORDERED:

                                                             */s/ Kevin Nathaniel Fox*
                                                   KEVIN NATHANIEL FOX
                                                   UNITED STATES MAGISTRATE JUDGE