```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEFFREY D. PARNASS,                             :
                                                :
                Plaintiff,                      :
                                                :           ORDER
        -against-                               :
                                                :           19-CV-4555 (MKV)(KNF)
BRITISH AIRWAYS PLC,                            :
                                                :
                Defendant.                      :
------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The parties shall submit their joint pretrial order to the court on or before October 22, 2021.

That document must conform to the requirements for such an order that are found in the assigned district judge's Individual Rules of Practice.

Dated:  New York, New York                         SO ORDERED:
        September 22, 2021

                                                   _____
                                                   KEVIN NATHANIEL FOX
                                                   UNITED STATES MAGISTRATE JUDGE