UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFREY D. PARNASS,

                Plaintiff,

-against-

BRITISH AIRWAYS, PLC,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/11/2022
```

1:19-cv-04555 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      As the parties might be aware, the Southern District of New York has implemented a number of policies to allow jury trials to proceed as safely as possible during the COVID-19 pandemic.  Under the centralized calendaring system currently in place, the Clerk's Office schedules several jury trials to begin on each day of jury selection: a primary case and several back-up cases that may proceed in its place if the primary case does not go forward.  Priority is given to criminal trials.  The Court requested a trial date for this case and received a third-place slot, behind two criminal cases, to begin trial on March 2, 2022.

      The Court has been informed that the primary case is not going to trial.  Accordingly, the parties are on notice that they should be prepared to go to trial, beginning on March 2, 2022, if the other criminal case that was given a back-up slot ahead of this case does not proceed to trial.  In the interim, the Court is requesting a trial date in the second quarter, because the March 2 date might not become available.

**SO ORDERED.**

Date:  February 11, 2022
         New York, NY

                                                  _____
                                                   **MARY KAY VYSKOCIL**
                                                   **United States District Judge**