UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEFFREY D. PARNASS,

                Plaintiff,

      -against-

BRITISH AIRWAYS, PLC,

                Defendant.
------------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

19-cv-4555 (MKV) (JW)

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      This matter has been referred for settlement. Dkt. No. 138. Should the parties wish to proceed with settlement, they are directed to contact Courtroom Deputy Christopher Davis via email at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates by **May 11, 2022**. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference.

      Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Willis's Individual Practices.

      SO ORDERED.

Dated: May 4, 2022
       New York, New York

                                            JENNIFER E. WILLIS
                                            United States Magistrate Judge