UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/1/2022
```

JEFFREY D. PARNASS,

                         Plaintiff,

-against-

BRITISH AIRWAYS, PLC,

                         Defendant.

1:19-cv-04555 (MKV)

<u>ORDER OF DISMISSAL</u>

MARY KAY VYSKOCIL, United States District Judge:

       The Court has been informed by the Magistrate Judge that the parties have reached a settlement in principle. Accordingly, IT IS HEREBY ORDERED that the above-captioned case is discontinued without costs to any party and without prejudice to restoring the case to this Court's calendar if the application to restore is made by August 2, 2022. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines, including the July 18, 2022 trial, are adjourned *sine die*.

**SO ORDERED.**

Date: **July 1, 2022**
       **New York, NY**

                                   _____
                                   **MARY KAY VYSKOCIL**
                                   **United States District Judge**